IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLENE A. HOLSTE,<br><br>    Plaintiff,<br><br>v.<br><br>RTG FURNITURE CORP. OF GEORGIA,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cv-276 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees, expenses, and costs.  (Doc. 46.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 27th day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA